AO 442 (Rev. 01/09) Arrest Warrant



SEALED

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:18-mj-00088 |
| Majid Ghorbani | ) | Assigned To : Magistrate Judge Harvey, G. Michael |
| | ) | Assign. Date : 8/8/2018 |
| | ) | Description: Criminal Complaint & Arrest |
| Defendant | ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Majid Ghorbani,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit

**FILED**
AUG 1 6 2018
Clerk, U.S. District and
Bankruptcy Courts

Date: 8/8/18

_____
Issuing officer's signature

City and state: Washington, D.C.

United States Magistrate Judge G. Michael Harvey
*Printed name and title*

---

### Return

This warrant was received on (date) 8/9/18, and the person was ~~arrested~~ received on (date) 8/16/18
at (city and state) Washington, DC.

Date: 8/16/18

_____
~~Arresting~~ Receiving officer's signature

Joel Church DUSM   0059
*Printed name and title*