UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
NOV 0 4 2019
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Criminal Case: 18-255 (PLF) |
| v. | : |
| | : |
| | : |
| MAJID GHORBANI, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

Pursuant to the Federal Rules of Criminal Procedure 11, the United States and Defendant Majid Ghorbani stipulate and agree that the following facts are true and accurate. These facts do not constitute all facts known to the parties concerning the charged offense and covered conduct. This statement is being submitted by the parties to demonstrate that sufficient facts exist to establish that the defendant committed the offense to which he is pleading guilty.

### Statement of Facts

Majid Ghorbani ("Ghorbani" or "the defendant") was born and raised in Iran. He first entered the United States in 1995. On or about May 28, 2015, Ghorbani became a Legal Permanent Resident of the United States. Ghorbani has lived and worked in Costa Mesa, California, since he arrived in the United States.

Beginning in or around July 26, 2017, and continuing through December 2017, Ghorbani knowingly and willfully provided services to Iran by procuring photographs of members of the People's Mujahedin of Iran, or Mojahedin-e Khalq ("MEK") and sending the photographs to Iran, through his codefendant, Ahmadreza Doostdar, without having first obtained the required license from the Office of Foreign Assets Control, which is located in the District of Columbia.

On July 26, 2017, Doostdar first introduced himself to Ghorbani at the Persian restaurant where Ghorbani worked. Doostdar and Ghorbani had not met prior to this meeting. The pair met again on July 27 and 29, 2017, for about an hour each time. On both days, Ghorbani picked Doostdar up in his car prior to the meetings. During one of these meetings, it was agreed that Ghorbani should be referred to as "Uncle Sohrab."

On or about September 20, 2017, Ghorbani attended a rally, conducted by the MEK/NCRI in New York, New York, at which the Iranian regime was criticized. Ghorbani attended this event with the intent to take photographs of and gather information on rally attendees to provide to Doostdar. Ghorbani believed Doostdar would relay that information and those photographs to individuals in Iran.

On December 10, 2017, Doostdar called Ghorbani from a pay phone in Costa Mesa, California. Doostdar identified himself as "Amir Mohajir" and, when Ghorbani did not immediately recognize him, Doostdar stated, "you are Uncle Sohrab!" The two men agreed to meet later that day. During this meeting, Ghorbani told Doostdar that he had taken photographs of and collected information at the MEK rally that Ghorbani had attended on September 20, 2017, and that he had "prepared a package, but it is not complete." Doostdar asked Ghorbani to provide him with digital copies of the photographs. Doostdar provided Ghorbani a "flash" drive and told him to explain what photographs were. Also during this meeting, Ghorbani told Doostdar that he would be traveling to Iran in March 2018, during which time he would provide an in-person briefing on the people involved in the MEK rally. Doostdar confirmed that certain individuals would be available to meet with Ghorbani in Iran.

After this meeting, on December 10, 2017, Ghorbani printed photographs from the MEK rally at a pharmacy, and the photographs were placed within an orange and white photograph envelope.

On December 11, 2017, Ghorbani and Doostdar met outside a coffee shop in Costa Mesa, California, for approximately 45 minutes. During this meeting, Doostdar took notes and left carrying the orange and white photograph envelope. Doostdar paid Ghorbani $2,000, for which Ghorbani signed a receipt, stating, "I, Uncle Sohrab, received $2,000."

Doostdar departed the United States to return to Iran on or about December 12, 2017. In Doostdar's checked luggage, he carried an envelope hidden in a pair of boxer shorts and containing photographs from the MEK rally, with hand-written notes on the back that listed the identities and positions of the individuals depicted in the photographs.

At no time during the period from July 26, 2017, through August 9, 2018, did Ghorbani obtain the required license from Office of Foreign Assets Control in order to provide services to Iran. Ghorbani knew at the time he provided the services described above that it was unlawful for him to do so.

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. I make this statement knowingly and voluntarily, and I stipulate and agree that this Statement of Offense concerning my actions is true and accurate. I have read every page of this Statement of Offense and have discussed it with my attorneys, Mary Petras and Eugene Ohm. I am fully satisfied with the legal services provided to me in connection with this plea. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 11-4-19

Majid Ghorbani
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: 11-4-19

Mary Petras
Attorney for Defendant

Date: 11-4-19

Eugene Ohm
Attorney for Defendant