# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | No. 18-cr-00255-2 (PLF) |
| ) | |
| **MAJID GHORBANI,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## EMERGENCY MOTION TO SHOW CAUSE

Mr. Majid Ghorbani, through undersigned counsel, respectfully moves the Honorable Court to issue an order directing the Bureau of Prisons to show cause why it should not be held in contempt for failure to execute this Court's Order, reducing Mr. Ghorbani's sentence to time served and directing that he be immediately released from custody.  The Court issued the Order on April 3, 2020.  Later that day, counsel contacted the D.C. Jail records office and learned that the Bureau of Prisons had directed that Mr. Ghorbani's release order would not be processed until Monday, April 6, 2020.  Counsel contacted the Bureau of Prison and spoke with Ms. Williams, who works in the office responsible for processing release orders.  Although the BOP office was open and Ms. Williams was working, Ms. Williams stated that when a release order is received late in the day, BOP's policy is to process the order the next business day.  Pursuant to that policy, the BOP refuses to execute Mr. Ghorbani's release and intends to unlawfully detain him for an additional three days.

The BOP's failure to comply with the Court's Order is endangering Mr. Ghorbani's life.  Ghorbani is housed at the Central Treatment Facility (CTF) of D.C. Jail, where other inmates have tested positive for the coronavirus.  In agreeing to his immediate release, the government

and the Court recognized that time is of the essence. The virus replicates exponentially, and jails are "petri dishes" with ideal conditions for the virus to spread. Mr. Ghorbani has pre-existing conditions that place him at risk of severe illness or death if he contracts the virus. To date, seven inmates have died in BOP custody from complications related to the coronavirus. Despite these facts and the Court's order, BOP refuses to release Mr. Ghorbani as directed.

WHEREFORE, for the foregoing reasons, Mr. Ghorbani respectfully requests that the Court order the BOP to release Mr. Ghorbani immediately or show cause why the Court should not hold the BOP in contempt and issue sanctions.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
JOANNA MUNSON PERALES
Research & Writing Specialist
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500