# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Criminal No. 18-255 (PLF) |
| : | |
| **MAJID GHORBANI,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Before the Court is the defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). In light of the joint submission by the parties, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Defendant's previously imposed sentence of 30 months in prison is reduced to time-served. It is further

**ORDERED** that the Defendant be immediately released from custody on his sentence in this case. It is further

**ORDERED** that Defendant's Supervised Release be transferred to the Central District of California; the Defendant is directed to contact the Probation Office in the Central District of California within forty-eight (48) hours of his arrival in the State of California; and it is further

**ORDERED** that, as a condition of his supervised release, Defendant will be monitored by the form of location monitoring technology indicated below for a period of 10 months, as agreed upon by all Parties and is equivalent to the remainder of his custodial sentence originally imposed to be served in the Bureau of Prisons. Defendant must follow the rules and regulations of the location monitoring program.

**Location monitoring technology at the discretion of the probation officer, including: Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); or Voice Recognition.** Defendant is restricted to his residence at all times except for medical necessities and court appearances or other activities specifically approved by the Court or the Probation Office.

**ORDERED** that all other provision of the sentence imposed on January 15, 2020, remain in effect.

DATE:  April 3, 2020

_____
Paul L. Friedman
United States District Judge